```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683015970
Cashier ID: lgarrett
Transaction Date: 02/13/2012
Payer Name: THE CONSUMER EMPLY RIGHTS
----------------------------------
CIVIL FILING FEE
 For: THE CONSUMER EMPLY RIGHTS
 Amount:     $350.00
----------------------------------
CHECK
 Check/Money Order Num: 2254
 Amt Tendered: $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

CIVIL FILING FEE
3:12cv108
```