IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JONATHAN MARCUM**

      **Plaintiff**

v.                                      **CASE NO. 3:12-cv-00108-JRS**

**DOLGENCORP, INC.**

      **Defendant.**

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1-A, Newport News, VA 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

                                          **JONATHAN MARCUM,**

                                          _____/s/_____
                                          Leonard A. Bennett, Esq.
                                          VSB #37523
                                          Attorney for Plaintiff
                                          CONSUMER LITIGATION
                                          ASSOCIATES, P.C.
                                          763 J. Clyde Morris Boulevard, Suite 1-A
                                          Newport News, Virginia 23601
                                          (757) 930-3660 - Telephone
                                          (757) 930-3662 – Facsimile
                                          lenbennett@cox.net