**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**JONATHAN MARCUM,**

      **Plaintiff,**

v.                                            Civil Action No. 3:12cv108

**DOLGENCORP, INC. d/b/a
DOLLAR GENERAL,**

      **Defendant.**

## NOTICE

Defendant Dolgencorp, Inc. d/b/a Dollar General, by counsel, hereby provides notice as requested by the Notice of Pretrial Conference entered by the Court on July 5, 2012, informing the Court of its unwillingness to proceed before the Magistrate Judge in this action. This pleading is being filed with the Clerk two (2) business days before the scheduled initial pretrial conference on July 26, 2012 at 9:15 a.m.

                                       **DOLGENCORP, INC. d/b/a
            DOLLAR GENERAL**

                                       By:         /s/David N. Anthony
                                                  David N. Anthony
                                                  Virginia State Bar No. 31696
                                                  *Counsel for Defendant Dolgencorp, Inc. d/b/a
        Dollar General*
                                                  TROUTMAN SANDERS LLP
                                                  1001 Haxall Point
                                                  Richmond, VA 23219
                                                  Telephone: (804) 697-5410
                                                  Facsimile: (804) 698-5118
                                                  E-mail: david.anthony@troutmansanders.com

John C. Lynch
Virginia State Bar No. 39267
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: 757-687-7765
Facsimile: 757-687-1504
Email: john.lynch@troutmansanders.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Christopher Colt North<br>751-A Thimble Shoals Blvd.<br>Newport News, VA 23606<br>Telephone: (757) 873-1010<br>Email: cnorthlaw@aol.com<br>*Counsel for Plaintiff* | Leonard Anthony Bennett<br>Consumer Litigation Associates<br>763 J Clyde Morris Boulevard, Suite 1A<br>Newport News, VA 23601<br>Telephone: 757-930-3660<br>Facsimile: 757-930-3662<br>Email: lenbennett@cox.net<br>*Counsel for Plaintiff* |

                                              /s/David N. Anthony
                                              David N. Anthony
                                              Virginia State Bar No. 31696
                                              *Counsel for Defendant Dolgencorp, Inc. d/b/a*
                                                  *Dollar General*
                                              TROUTMAN SANDERS LLP
                                              1001 Haxall Point
                                              Richmond, Virginia 23219
                                              Telephone: (804) 697-5410
                                              Facsimile: (804) 698-5118
                                              E-mail: david.anthony@troutmansanders.com

20031037v1