IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JONATHAN MARCUM,

    Plaintiff,

v.                                                       Civil Action No: 3:12cv108

DOLGENCORP, INC. d/b/a DOLLAR GENERAL,

    Defendant.

## CONSENT ORDER

CAME NOW Defendant Dolgencorp, LLC (incorrectly identified as Dolgencorp, Inc. in the First Amended Class Complaint and hereafter referred to as "Dollar General"), by counsel, upon its Consent Motion for an Extension of Time to File Responsive Pleading to the First Amended Class Complaint filed by Plaintiff, Jonathan Marcum ("Marcum") (ECF No. 21.)

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Marcum, it is hereby,

ORDERED, ADJUDGED and DECREED that Dollar General's Consent Motion for an Extension of Time to file responsive pleadings to the First Amended Class Complaint hereby is GRANTED, and Dollar General shall have until November 5, 2012 to file its responsive pleadings to the First Amended Class Complaint filed by Marcum.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 22 day of October, 2012.

/s/
John A. Gibney, Jr.
United States District Judge