IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**JONATHAN MARCUM**
**For himself and on behalf of all**
**similarly situated individuals.**

    **Plaintiff,**

v.                                                 Civil Action No.: 3:12cv108

**DOLGENCORP, INC.**
**d/b/a Dollar General**

    **Defendant.**

## DOLLAR GENERAL'S MOTION TO DISMISS
## COUNTS I AND II OF THE FIRST AMENDED CLASS COMPLAINT

Defendant Dolgencorp, LLC (incorrectly referred to the First Amended Class Complaint as Dolgencorp, Inc and hereinafter referred to as "Dollar General"), by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure submits this Motion to Dismiss Counts I and II of Jonathan Marcum's First Amended Class Complaint.  For the reasons stated in the accompanying Memorandum in Support, Dollar General respectfully requests that the Court grant its motion and dismiss Counts I and II of Plaintiff's First Amended Class Complaint.

Dated: November 5, 2012                        Respectfully Submitted

                                                   **DEFENDANT DOLGENCORP, LLC**
                                                   **(incorrectly referred to the First**
                                                   **Amended Class Complaint as**
                                                   **Dolgencorp, Inc)**

                                                   By:     /s/ John C. Lynch
                                                            Of Counsel

John C. Lynch
Virginia State Bar No. 39267
Attorney for Defendant
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
Email:  john.lynch@troutmansanders.com

David Anthony (VSB No. 31696)
Alan D. Wingfield (VSB No. 27489)
Attorneys for Defendant
TROUTMAN SANDERS LLP
1001 Haxall Point (23219)
P. O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1200
Facsimile:  (804) 697-1339
Email: david.anthony@troutmansanders.com
Email: alan.wingfield@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a true and correct copy of the foregoing to the following CM/ECF participants:

**Counsel for Plaintiff**
Christopher Colt North
751-A Thimble Shoals Blvd.
Newport News, VA 23606
Email: cnorthlaw@aol.com

Leonard A. Bennett
Consumer Litigation Associates
763 J Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Email: lenbennett@cox.net

    /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
Attorney for Defendant
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
Email: john.lynch@troutmansanders.com