UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JONATHAN MARCUM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:12CV108-JRS-DJN |
| ) | |
| DOGENCORP INC., ) | |
| d/b/a DOLLAR GENERAL ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER is before the Court on the parties' Consent Motion for Extension of Discovery Deadlines so the Parties May Conduct Mediation (ECF No. 25.) Phase I discovery is presently scheduled to close in this matter on November 16, 2012. Plaintiff filed its First Amended Class Complaint on October 10, 2012 (ECF No. 20), and the parties now ask for an extension of the discovery and briefing deadlines so that they can conduct mediation in light of the amended complaint. However, the Court referred this matter to United States Magistrate Judge David J. Novak for settlement purposes on September 4, 2012, and directed the parties to contact Judge Novak's chambers within five (5) days to schedule a settlement conference (ECF No. 16.) Upon information and belief, the parties have failed to contact Judge Novak's chambers to arrange a settlement conference as directed. Accordingly, the parties' Consent Motion (ECF No. 25) is hereby DENIED. The parties are again DIRECTED to contact the Chambers of Judge Novak within five (5) days of the date of this Order to schedule a settlement conference, which

should occur at least thirty (30) days before the start of trial and at such time as Judge Novak shall approve.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Dated: Nov. 7, 2012
Richmond, Virginia