IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JONATHAN MARCUM,

    Plaintiff,

v.                                                        Civil Action No: 3:12cv108

DOLGENCORP, INC. d/b/a DOLLAR GENERAL,

    Defendant.

## ORDER

CAME NOW Defendant Dolgencorp, LLC (incorrectly identified as Dolgencorp, Inc. in the First Amended Class Complaint and hereafter referred to as "Dollar General") and Plaintiff Jonathan Marcum ("Plaintiff" and collectively with Dollar General, the Parties"), by counsel upon their Joint Motion to Extend Discovery Deadlines So the Parties May Conduct Mediation.

IT APPEARS TO THE COURT that Phase I discovery is scheduled to close in this case on November 16, 2012 and the deadlines for the Parties to file motions for summary judgment and a motion for class certification based upon Phase I discovery is December 7, 2012.

IT FURTHER APPEARS THAT on October 10, 2012, Plaintiff filed a First Amended Class Complaint in which he, *inter alia*, added two additional counts to his initial complaint and a section discussing "Class Action Allegations." Additionally, pursuant to the Court's November 7, 2012 Order, the Parties have contacted Judge Novak's chambers and scheduled a settlement conference for January 18, 2013. In light of this Amended Complaint, the pending settlement conference, and the Parties' desire to conduct mediation in this case, the Parties have agreed to extend the current discovery deadlines and corresponding briefing deadlines so that they may conduct mediation.

AS A RESULT AND FOR GOOD CAUSE SHOWN, it is ORDERED, ADJUDGED and DECREED that the Parties Joint Motion to Extend Discovery Deadlines So the Parties May Conduct Mediation is GRANTED and the Parties will conduct themselves in accordance with the terms and timetables established below:

To allow time for the Parties to engage in mediation, the Parties agree to extend the current discovery deadlines and corresponding briefing schedule as follows:

| **Activity** | **Deadline** |
|---|---|
| Deadline for the Parties to conduct mediation | January 17, 2013 |
| Close of Phase I discovery | March 20, 2013 |
| Deadline for Parties to file motions for summary judgment | April 5, 2013 |
| Deadline for Plaintiff to file a motion seeking class certification | April 5, 2013 |
| Deadline for Parties to file brief in opposition to motion seeking class certification and/or brief in opposition to motion for summary judgment | April 26, 2013 |
| Hearing on Motion for Class Certification | May 17, 2013 at 10:00am. |
| Close of Phase II discovery | July 12, 2013 |
| Deadline for summary judgment based upon Phase II discovery | July 26, 2013 |
| Deadline for Rule 26(a)(3) disclosures | August 2, 2013 |

The Parties may move the Court for a further enlargement of the deadlines above upon mutual agreement or, if necessary, a motion by one of the parties.

The Clerk is directed to send a copy of this Order to counsel of record.

It is so ORDERED.

                                                            /s/
                                        Henry E. Hudson
                                        United States District Judge

Dated: Nov. 15, 2012
Richmond, Virginia