UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JONATHAN MARCUM,

                Plaintiff,

v.

DOLGENCORP, INC., d/b/a Dollar General,

                Defendant.

Civil Action No. 3:12–CV–108-JRS-DJN

**ORDER**

THIS MATTER is before the Court on Plaintiff's Consent Motion for Leave to File a Second Amended Class Complaint (ECF No. 41). Upon due consideration, Plaintiff's Motion for Leave to Amend is GRANTED and Plaintiff is DIRECTED to file his Second Amended Class Complaint with the Court.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
United States District Judge

ENTERED this __26th__ day of February, 2013.