UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JONATHAN MARCUM,<br><br>Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC., d/b/a Dollar General,<br><br>Defendant. | Civil Action No. 3:12-CV-108-JRS-DJN |

## ORDER

THIS MATTER is before the Court on Plaintiff Jonathan Marcum's Motion to Stay Discovery Pending Mediation (ECF No. 49). Plaintiff seeks a stay of discovery pending a settlement conference before United States Magistrate Judge David J. Novak. Defendant Dolgencorp, LLC does not oppose the request for a stay of discovery pending the settlement conference, but argues that, in the event that this matter does not settle, the Court should limit the timing and scope of any remaining discovery. The settlement conference scheduled before Judge Novak on May 2, 3013 has been reset for June 26, 2013.

Upon due consideration, Plaintiff's Motion is hereby GRANTED and discovery in this matter is STAYED until June 26, 2013. However, the Court has previously granted several requests for extensions of time in this matter in order to allow the parties to reach a settlement on their own, and the parties are advised that no further stays will be imposed on the ground that the parties seek to pursue mediation. If this matter does not settle at the June 26, 2013 settlement conference before Judge Novak, the parties are DIRECTED to contact chambers within five (5) days in order to reschedule the Class Certification hearing so as to avoid continued delays of the resolution of this matter. The Court will address any

remaining concerns regarding the timing and scope of discovery at such time.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
United States District Judge

ENTERED this 6th day of May 2013.