UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JONATHAN MARCUM, *et al.*,

                      Plaintiffs,

    v.                                      Civil Action No. 3:12–CV–108

DOLGENCORP, INC.,

                      Defendant.

**ORDER**

THIS MATTER is before the Court the Report and Recommendation of United States Magistrate Judge David J. Novak, (ECF No. 69), recommending that the Court LIFT the stay of this case, (ECF No. 52). On May 7, 2013, the Court stayed the proceedings in this matter, pending efforts to resolve the case in a settlement conference. Those proceedings have ended unsuccessfully. Accordingly, and upon due consideration, the Court ADOPTS Judge Novak's Report and Recommendation and the stay previously entered in this case is HEREBY LIFTED.

Let the Clerk send a copy of this Order to all parties and counsel of record.

It is SO ORDERED.

                                                          _____/s/_____
                                                          James R. Spencer
                                                          United States District Judge

ENTERED this \_\_\_12th\_\_\_ day of November 2013.