1-8-15

To whom this may concern:

My name is Kala R. Harrington, i received a notice pertaining to the class action lawsuit. I've called this #1-800-873-0581 but was unable to speak to someone. And i would like my name added to the client lawsuit claim list as so have many others.

RECEIVED
JAN 2 1 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

CLASS: 23 (B) (2)

NOTICE ID: 1613289

KALA R. HARRINGTON

DOB.

PH. #

ANY QUESTIONS CALL PLEASE!