UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JONATHAN MARCUM, *et al.*, *on behalf of themselves and all similarly situated individuals*

              Plaintiffs,

v.

DOLGENCORP, INC. a/k/a Dolgencorp, LLC a/k/a Dolgen, LLC, d/b/a Dollar General

              Defendant.

Civil Action No. 3:12cv108

## PLAINTIFFS' MOTION FOR AN AWARD OF SERVICE AWARD AND ATTORNEYS' FEES

Plaintiffs, on behalf of themselves and the Class, respectfully petition to the Court for an award of attorneys' fees, which includes of out-of-pocket expenses incurred in furtherance of litigating this matter, and for a service award for the Plaintiffs' participation in the successful result obtained on behalf of the Class, which will be before the court for a hearing for final approval on February 26, 2015. Pursuant to the Settlement Agreement in this matter, the Parties have agreed and the Defendant does not oppose Plaintiffs' application for attorneys' fees of 25% of the Settlement Fund. The Settlement Fund is $4,080,000.00. For the reasons explained more fully in the accompanying memorandum, Plaintiffs now move for a service award of $10,000 to each Jackie E. Lewis, Sr. and Jonathan Marcum, as well as an award of attorneys' fees in the amount of $1,020,000.00.

                                              Respectfully submitted,
                                              **JONATHAN MARCUM,**
                                              **on behalf of himself and others**
                                              **similarly situated**

             /s/
           Susan Mary Rotkis, VSB #40693
           Leonard Anthony Bennett, VSB #37523
           Consumer Litigation Associates, P.C.
           763 J. Clyde Morris Blvd., Suite 1-A
           Newport News, VA 23601
           757-930-3660
           757-930-3662 (fax)
           srotkis@clalegal.com

           Casey S. Nash, VSB No. 84261
           Matthew J. Erausquin, VSB No. 65434
           Consumer Litigation Associates, P.C.
           1800 Diagonal Rd., Ste. 600
           Alexandria, VA 22314
           Tel: (703) 273-7770
           Fax: (888) 892-3512
           casey@clalegal.com
           matt@clalegal.com

           Christopher Colt North, VSB #16955
           William L. Downing, VSB #17704
           The Consumer & Employee Rights Law Firm, P.C.
           751-A Thimble Shoals Boulevard
           Newport News, Virginia 23606
           Phone: (757) 873-1010
           Fax: (757) 873-8375
           *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

  I certify that on this 14th day of February, 2015, I have filed the foregoing with the court using the CM/ECF system, which will send a NEF to counsel of record in this case:

David Neal Anthony
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
Richmond, VA 23219
Email: david.anthony@troutmansanders.com

John C. Lynch
David M. Gettings
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000

Virginia Beach, VA 23462
Email: john.lynch@@troutmansanders.com
Email: david.gettings@troutmansanders.com

*Counsel for the Defendant*

           /s/
Susan Mary Rotkis, VSB #40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
757-930-3660
757-930-3662 (fax)
srotkis@clalegal.com